UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   12-cr-00045-WYD

UNITED STATES OF AMERICA,

　　Plaintiff,

v.

**7. ELBERT GIFFORD, a/k/a "Bear,"** and
**12. MICHAEL MONROE**,

　　Defendants.

## ORDER

　　THIS MATTER comes before the Court on Defendant Elbert Gifford's Notice of Disposition [ECF Doc. No. 1018], filed March 20, 2014 and Defendant Michael Monroe's Notice of Disposition [ECF Doc. No. 1019], filed March 20, 2014.   Based on the filing of the Notices of Disposition, it is hereby

　　ORDERED that the presence of defendants Elbert Gifford, Michael Monroe, and counsel for each defendant are not necessary for the Motion Hearing previously set by the Court for **Thursday, April 3, 2014, at 1:30 p.m.**

　　Dated:   March 25, 2014.

　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　/s/ Wiley Y. Daniel
　　　　　　　　　　　　　　　　　　WILEY Y. DANIEL,
　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE