UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   12-cr-00045-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

7. ELBERT GIFFORD, a/k/a "Bear,"

    Defendant.

## ORDER [ECF DOCKET No. 1123]

The Court has considered the Government's motion for the three level acceptance of responsibility reduction pursuant to § 3E1.1 of the United States Sentencing Guidelines being fully advised, it is hereby

ORDERED that Government's Motion Regarding Acceptance of Responsibility [ECF Doc. No. 1123], filed October 1, 2014, is **GRANTED.**  It is further

ORDERED that the Defendant receive a reduction of three levels in the base offense level for acceptance of responsibility as provided by § 3E1.1(a) and (b) of the United States Sentencing Guidelines.

Dated:  October 15, 2014.

                                        BY THE COURT:

                                        /s/ Wiley Y. Daniel
                                        WILEY Y. DANIEL,
                                        SENIOR UNITED STATES DISTRICT JUDGE