UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   12-cr-00045-WYD

UNITED STATES OF AMERICA,

　　Plaintiff,

v.

7. ELBERT GIFFORD, a/k/a "Bear,"

　　Defendant.

## ORDER DISMISSING INDICTMENT AS TO DEFENDANT ELBERT GIFFORD [ECF DOCKET No. 1122]

　　THIS MATTER comes before the Court on the United States' Motion to Dismiss the Indictment as to Defendant Elbert Gifford.  The Court having reviewed the Motion and being fully advised in the premises, it is hereby

　　ORDERED that the Government's Motion to Dismiss Indictment as to Defendant Elbert Gifford [ECF Doc. No. 1122], filed October 1, 2014, is **GRANTED.**  It is further

　　ORDERED that pursuant to the plea agreement, the Indictment as to Defendant Elbert Gifford is **DISMISSED.**

　　Dated:  October 15, 2014.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　/s/ Wiley Y. Daniel
　　　　　　　　　　　　　　　　　　　　WILEY Y. DANIEL,
　　　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE